## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | Case No. 4:04CR0098 WRW |
| | ) | |
| | ) | |
| LAURA AMANDA BECK | ) | DEFENDANT |

### AMENDED JUDGMENT AND COMMITMENT ORDER

Pending before this Court is the Defendant's Unopposed Motion to Modify Sentence.

After a review of the Motion, the Court finds that the Motion should be, and hereby is,

GRANTED.  Defendant's sentence of imprisonment as set forth in the Judgment imposed

on April 27, 2005, is modified to include a term of home confinement which shall commence

on March 27, 2006, and continue thereafter until the conclusion of Defendant's sentence.

All other conditions and provisions of the Judgment imposed on April 27, 2005, except as

modified herein, remain unchanged.

IT IS SO ORDERED this _____ day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE